UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RODNEY BEATTIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 5:15-cv-01315-LEK-TWD |
| | ) |
| CREDIT ONE BANK | ) |
| | ) |
| Defendant. | ) |
| | ) |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| */s/ Michael Del Valle* | */s/ Craig Thor Kimmel* |
| Michael Del Valle, Esq. | Craig Thor Kimmel |
| Sessions, Fishman Law Firm - NY Office | Kimmel & Silverman, P.C. |
| 130 John Muir Drive | 1207 Delaware Avenue, Suite 440 |
| Suite 106 | Buffalo, NY 14209 |
| Amherst, NY 14228 | Phone: 716-332-6112 |
| 716-636-5178 | Fax: 800-863-1689 |
| Fax: 716-625-7497 | Email: teamkimmel@creditlaw.com |
| Email: mdelvalle@sessions-law.biz | Attorney for Plaintiff |
| Attorney for the Defendant | |
| | Date: September 11, 2017 |
| Date: September 11, 2017 | |

BY THE COURT:

_____

J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 11th day of September, 2017:

Michael Del Valle, Esq.
Sessions, Fishman Law Firm - NY Office
130 John Muir Drive
Suite 106
Amherst, NY 14228
716-636-5178
Fax: 716-625-7497
Email: mdelvalle@sessions-law.biz

                                           */s/ Craig Thor Kimmel*
                                           Craig Thor Kimmel
                                           Kimmel & Silverman, P.C.
                                           1207 Delaware Avenue, Suite 440
                                           Buffalo, NY 14209
                                           Phone: 716-332-6112
                                           Fax: 800-863-1689
                                           Email: teamkimmel@creditlaw.com
                                           Attorney for the Plaintiff