UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RODNEY BEATTIE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 5:15-cv-01315-LEK-TWD |
| CREDIT ONE BANK | ) ) ) |
| Defendant. | ) ) ) |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

*/s/ Michael Del Valle*
Michael Del Valle, Esq.
Sessions, Fishman Law Firm - NY Office
130 John Muir Drive
Suite 106
Amherst, NY 14228
716-636-5178
Fax: 716-625-7497
Email: mdelvalle@sessions-law.biz
Attorney for the Defendant

Date: September 11, 2017

*/s/ Craig Thor Kimmel*
Craig Thor Kimmel
Kimmel & Silverman, P.C.
1207 Delaware Avenue, Suite 440
Buffalo, NY 14209
Phone: 716-332-6112
Fax: 800-863-1689
Email: teamkimmel@creditlaw.com
Attorney for Plaintiff

Date: September 11, 2017

IT IS SO ORDERED:

Lawrence E. Kahn
U.S. District Judge
Dated: September 11, 2017
Albany, NY